# ALAN S. FUTERFAS

ATTORNEY AT LAW

565 FIFTH AVENUE, 7TH FLOOR

NEW YORK, NEW YORK 10017

(212) 684-8400

ELLEN B. RESNICK
MATTHEW C. MCCANN

BETTINA SCHEIN
OF COUNSEL

FACSIMILE: (212) 684-5259

asfuterfas@futerfaslaw.com

September 17, 2013

**By ECF**

Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Fatmir Mehmeti et al, 11-CR-486 (DLI)(S1)*

Dear Judge Irizarry:

The Court is currently scheduled to sentence Fatmir Mehmeti on October 4, 2013. With the government's consent, we request an adjournment of the sentencing for at least one month. The reason for this request is that we appear to have reached an agreement with the government concerning our objections to the Presentence Report that would otherwise require a *Fatico* hearing. Based on the current schedule, Mr. Mehmeti's sentencing memorandum is due to be filed this Friday, September 20, 2103. A resolution of this issue will take time to implement and will require the Probation Department to prepare a new Presentence Report. It will also require changes to our sentencing memorandum. An adjournment will let us proceed toward a resolution without unnecessarily burdening the Court.

We thank the Court for its consideration of this request.

Respectfully yours,

Alan S. Futerfas

cc: Government counsel (via ECF)
USPO Jaime Turton (via email)